IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CASE NO: JKB-16-203 |
| CLAUDIU SERDARU, | |

## MOTION TO DISMISS

Pursuant to Rule 48(a), the United States hereby requests leave of the Court to dismiss without prejudice the Indictment pending in the above-captioned case due to there no longer being sufficient evidence to proceed.

The undersigned attorney believes that the public interest will be best served by dismissal of the Indictment as to defendant Claudiu Serdaru.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: _____
Michael F. Aubin
Assistant United States Attorney

SO ORDERED this _____ day of _____, 2025.

_____
Honorable James K. Bredar
Senior United States District Judge

1